Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-308JLR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Nestor Cruz-Santiago, and Ignacio Pena-Garcia, | |
| Defendants. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendants Nestor Cruz-Santiago, and Ignacio Pena-Garcia.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to these Defendants are dismissed, without prejudice. The outstanding warrants shall be quashed.

DATED this 20th day of November, 2017.

JAMES L. ROBART
United States District Judge

*Order of Dismissal* -- 1
*U.S. v. Nestor Cruz-Santiago and Ignacio Pena-Garcia; CR08-308JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
 1
 2
    Presented by:
 3  /s/ Sarah Y. Vogel
    SARAH Y. VOGEL
 4  Assistant United States Attorney
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

*Order of Dismissal -- 2*
*U.S. v. Nestor Cruz-Santiago and Ignacio Pena-Garcia; CR08-308JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970